UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LAWRENCE PRICE and
DAVID K. LAMB,

         Plaintiffs,

v.

THOMAS MACKIE et al.,

         Defendants.
_____/

Case No. 1:17-cv-996

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiffs' action, with the exception of any state-law claims, be **DISMISSED WITH PREJUDICE** on grounds of immunity and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiffs' state-law claims be **DISMISSED WITHOUT PREJUDICE**.

Dated: February 7, 2018          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge